# UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF _____NORTH CAROLINA_____

TERRY ELLIS, ROSALIE WHITLEY,
and GLORIA YOUNG,
    Plaintiffs

    v.

WEST PHARMACEUTICAL SERVICES,
INC., and THOMAS CLAGON,
    Defendants

JUDGMENT IN A CIVIL CASE
CASE NO: 4:03-CV-41-H4

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___X___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED the court hereby grants plaintiffs' motion to remand and this case is remanded to the Superior Court of Craven County, North Carolina for lack of subject matter jurisdiction.

SO ORDERED - s/Malcolm J. Howard, United States District Judge

**This Judgment filed and entered on September 29, 2003 and copies mailed to:**

Donald J. Dunn
Attorney at Law
P.O. Drawer 1574
New Bern, NC 28563

Rodney E. Pettey
Attorney at Law
P.O. Box 2889
Raleigh, NC 27602-2889

Frederick W. Rom
Jacqueline Terry
Attorneys at Law
P.O. Box 13069
Research Triangle Park, NC 27713

Jean W. Boyd, Clerk
Superior Court of Craven County
P.O. Box 1187
New Bern, NC 28563-1187

September 29, 2003
Date

CAROL M. MORGAN
Acting Clerk

Case 4:03-cv-00041-H    Document 21    Filed 09/29/03    Page 1    Deputy Clerk